**Order filed February 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00719-CV
_____

**BUG STATE PEST CONTROL, INC., Appellant**

**V.**

**ACCUTROL EXTERMINATING & MOSQUITO SYSTEMS, LLC; ACCUTROL PEST MANAGEMENT, LLC; AND BRYAN ZENTKOVICH, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-51567**

---

## O R D E R

The notice of appeal in this case was filed December 10, 2021. The clerk responsible for preparing the record notified this court that appellant had not made payment for the clerk's record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On December 29, 2021, this court notified appellant that the appeal was subject to dismissal unless it made arrangements to pay

for the record and provided proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that it has made arrangements to pay for the clerk's record on or before February 16, 2022. *See* Tex. R. App. P. 35.3(c).  If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.